1  Olu K. Orange, Esq., SBN: 213653
   ORANGE LAW OFFICES
2  3435 Wilshire Blvd., Suite 2900
   Los Angeles, California 90010
3  Tel: (213) 736-9900 / Fax: (213) 406-1250
   Email: oluorange@att.net
4
   ROBERT MANN, CSB 48293
5  DONALD W. COOK, CSB 116666
   3435 Wilshire Blvd., Suite 2900
6  Los Angeles, CA 90010
   Tel: (213) 252-9444/ Fax: (213) 252-0091
7  Email: manncook@earthlink.net

8  Ameena M. Qazi SBN 250404           Paula D. Pearlman CSB #109038
   COUNCIL ON AMERICAN-ISLAMIC        DISABILITY RIGHTS LEGAL CENTER
9  RELATIONS, CALIFORNIA              919 Albany Street
   2180 W. Crescent Ave., Suite F     Los Angeles, CA 90015
10 Anaheim, California 92801          Tel: (213)736-1031
   Telephone: (714) 776-1847          Fax: (213) 736-1428
11 Facsimile: (714) 776-8340          Email: paula.pearlman@lls.edu
   email: aqazi@cair.com

12 *Attorneys for Plaintiffs*

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16
17 RUKHSANA CHAUDHRY, ET AL.        | Case No.: CV09-1592 FMC (RZx)
                                    |
18                      *Plaintiffs,*| [PROPOSED] STIPULATION FOR
         vs.                        | PLAINTIFFS TO FILE SECOND
19                                  | AMENDED COMPLAINT
   CITY OF LOS ANGELES, ET AL.      |
20                                  |
21                      *Defendants.*|

22 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23 **PLEASE TAKE NOTICE** that ALL PLAINTIFFS to the within action, along with

24 ALL DEFENDANTS, hereby enter the following stipulation, upon the approval of the

25 Court:

26
27 1.    WHEREAS, Plaintiffs and Defendants City of Los Angeles and David Romo

28 have a good faith difference of opinion as to whether the parties and Court discussed and

1  agreed, during their June 29, 2009, scheduling conference, that the complaint in this case
2  would be amended to add organizational plaintiffs and a request for injunctive relief,
3  and
4
5  2. WHEREAS, Defendants City of Los Angeles and David Romo have requested
6  that Plaintiffs withdraw the "Second Amended Complaint" they filed in this case on July
7  20, 2009, and Plaintiffs will honor said Defendants' request, and
8
9  3. WHEREAS, in Plaintiffs' and Defendants Joint Rule 26 Report, filed June 22,
10 2009, in Item P on page 11, the parties indicated, *"Plaintiffs anticipate amending both*
11 *complaints to add organizational plaintiffs and requests for injunctive relief. Plaintiffs*
12 *also anticipate amending one of the complaints to add state-law taxpayer causes of*
13 *action."*
14
15 4. WHEREAS, in the absence of this stipulation, or upon a successful FRCP Rule
16 12 motion by Defendants, Plaintiffs would move for leave to amend the Complaint in
17 this case nonetheless, and
18
19 5. WHEREAS, all parties desire the most complete and accurate complaint to be
20 operative in this case – earlier, rather than later.
21
22 THEREFORE, Plaintiffs and Defendants hereby stipulate and agree that, with the
23 Court's permission: (a) Plaintiffs' already filed Second Amended Complaint (dated July
24 20, 2009) shall be hereby withdrawn, (b) Plaintiffs shall have five court days from the
25 date this stipulation is approved and ordered by the Court to file their new Second
26 Amended Complaint, and (c) all Defendants shall have thirty days from the date upon
27 which the new Second Amended Complaint is filed within which to file pleadings
28 responsive thereto.

| | | |
|---|---|---|
| 1 | AGREED AND RESPECTFULLY SUBMITTED, | |
| 2 | DATE: July ___, 2009 | ORANGE LAW OFFICES |

_____

Olu K. Orange, Esq., for all Plaintiffs

DATE: July 22, 2009          LOS ANGELES CITY ATTORNEY'S OFFICE

_____
Craig J. Miller, Esq., for Defendants
City of Los Angeles and David Romo

DATE: July ___, 2009          MARANGA MORGENSTERN

_____
Patricia E. Ellyatt, for County
of Los Angeles Defendants

IT IS SO ORDERED:          **HON. FLORENCE MARIE COOPER**

DATE: ___/___/___

_____
**United States District Judge**

1  AGREED AND RESPECTFULLY SUBMITTED,
2  DATE: July 22, 2009                    ORANGE LAW OFFICES

           _____
           Olu K. Orange, Esq., for all Plaintiffs

8  DATE: July ___, 2009                   LOS ANGELES CITY ATTORNEY'S
                                          OFFICE


           _____
           Craig J. Miller, Esq., for Defendants
           City of Los Angeles and David Romo

15 DATE: July 22, 2009                    MARANGA MORGENSTERN


           _____
           Patricia E. Ellyatt, for County
           of Los Angeles Defendants

21 **IT IS SO ORDERED:**                  **HON. FLORENCE MARIE COOPER**

25 **DATE:** ____/____/____               _____
                                          **United States District Judge**

3