1  **CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
   **MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2  **CORY M. BRENTE**, Assistant City Attorney
   **CRAIG J. MILLER**, Deputy City Attorney (SBN 138302)
3  **WENDY SHAPERO**, Deputy City Attorney (SBN 198739)
   200 North Main Street, 6th Floor, City Hall East
4  Los Angeles, CA  90012
   Phone No: (213) 978-7029; Fax No: (213) 978-8785
5  E-mail: wendy.shapero@lacity.org

6  Attorneys for Defendants City of Los Angeles and David Romo

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RUKHSANA CHAUDHRY, MOHAMMAD AFZAL CHAUDHRY, USMA CHAUDHRY, MOHAMMAD UMAR CHAUDHRY, ESTATE OF MOHAMMAD USMAN CHAUDHRY<br><br>             *Plaintiffs*,<br><br>        vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON, JOSEPH CRUZ, DAVID ROMO, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, LAKSHMANAN SATHYAVAGISWARAN, AND DOES 1 THROUGH 100<br><br>             *Defendants*. | CASE NO. CV09-01592 FMC (RZx)<br><br>Judge Florence Marie Cooper<br><br>**NOTICE OF LODGING: [PROPOSED] ORDER**<br><br>**RE: DEFENDANTS CITY OF LOS ANGELES ET AL.'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Fed.R.Civ.Proc. 42(a)]<br><br>Hearing date: SEPTEMBER 14, 2009<br>Time:         10:00 a.m.<br>Courtroom     880 |

27  TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL
28  OF RECORD:

                                    1

1  NOTICE IS HEREBY GIVEN THAT Defendants City of Los Angeles and David
2  Romo hereby submit the following [Proposed] ORDER Re: DEFENDANTS CITY OF
3  LOS ANGELES, ET AL'S NOTICE OF MOTION AND MOTION TO
4  CONSOLIDATE; MEMORANDUM OF POINTS AND AUTHORITIES

6  DATED: August 12, 2009    Respectfully submitted,

**CARMEN A. TRUTANICH**, City Attorney
**MICHAEL L. CLAESSENS**, Sr. Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**CRAIG J. MILLER**, Deputy City Attorney

by: *[signature]*

**WENDY SHAPERO**, Deputy City Attorney

Attorneys for Defendants City of Los Angeles and David Romo

# PROOF OF SERVICE

I, RUTH PARKHURST, declare as follows:

At the time of service I was over 18 years of age and not a party to this action. My business address is 200 N. Main Street, 600 City Hall East, Los Angeles, CA 90012, which is the County, City and State where this mailing occurred.

On August 12, 2009 I served the document(s) described as:

**NOTICE OF LODGING of [PROPOSED] ORDER**

**RE: DEFENDANTS CITY OF LOS ANGELES ET AL.'S NOTICE OF MOTION AND MOTION TO CONSOLIDATE; MEMORANDUM OF POINTS AND AUTHORITIES**

**[Fed.R.Civ.Proc. 42(a)]**

on all interested parties in this action:

**SEE ATTACHED SERVICE LIST**

I served a true copy of the document(s) above by:

[ ] Personally delivering it to the person(s) indicated below in the manner provided in FRCivP 5(b).

[X] Depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the address(es) above.

Executed on August 12, 2009, at Los Angeles, California.

[ ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
RUTH PARKHURST

## SERVICE LIST

| | |
|---|---|
| Olu K. Orange, Esq.<br>ORANGE LAW OFFICES<br>3435 Wilshire Blvd., Suite 2900<br>Los Angeles, CA 90010 | *Counsel for Plaintiffs*<br>(213) 736-9900<br>(213) 406-1250 Facsimile |
| Robert Mann, Esq.<br>Donald W. Cook, Esq.<br>3435 Wilshire Blvd., Suite 2900<br>Los Angeles, CA 90010 | *Counsel for Plaintiffs*<br>(213) 252-9444<br>(213) 252-0091 Facsimile |
| Paula D. Pearlman, Esq.<br>DISABILITY RIGHTS LEGAL CENTER<br>919 Albany Street<br>Los Angeles, CA 90015 | *Counsel for Plaintiffs*<br>(213) 736-1031<br>(213) 736-1428 Facsimile |
| Ameena M. Qazi, Esq.<br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA<br>2180 W. Crescent Avenue, Suite F<br>Anaheim, CA 92801 | *Counsel for Plaintiffs*<br>(714) 776-1847<br>(714) 776-8340 Facsimile |
| Patricia E. Ellyatt, Esq.<br>MARANGA • MORGENSTERN<br>A Professional Law Corporation<br>5850 Canoga Ave., Suite 600<br>Woodland Hills, CA 91367 | *Counsel for Defendant, County of Los Angeles, Los Angeles County Coroner Department, Anthony Hernandez, and Lakshmanan Sathyavagiswaran*<br>(818) 587-9146<br>(818) 587-9147 Facsimile |
| Peter J. Ferguson, Esq.<br>FERGUSON, PRAET & SHERMAN<br>1631 E. 18TH Street<br>Santa Ana, CA 92705-7101 | *Counsel for Defendant, Officer Cruz*<br>(714) 953-5300<br>(714) 953-1143 Facsimile |