**CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**CRAIG J. MILLER**, Deputy City Attorney (SBN 138302)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No: (213) 978-8722
Fax No: (213) 978-8785
E-mail: craig.miller@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES and DAVID ROMO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, MOHAMMAD AFZAL CHAUDHRY, USMA CHAUDHRY, MOHAMMAD UMAR CHAUDHRY, ESTATE OF MOHAMMAD USMAN CHAUDHRY, INTERFAITH COMMUNITIES UNITED FOR JUSTICE AND PEACE, ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, AND CANGRESS, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON, JOSEPH CRUZ, DAVID ROMO, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, LAKSHMANAN SATHYAVAGISWARAN, AND DOES 1 THROUGH 10, <br><br> *Defendants.* | CASE NO. CV09-01592 RGK (RZx) <br><br> **NOTICE OF MOTION TO COMPEL PLAINTIFFS TO MAKE FURTHER RESPONSES TO DEFENDANT CITY OF LOS ANGELES' REQUEST FOR PRODUCTION SET NO. ONE, AND DAVID ROMO'S INTERROGATORIES SET NO. ONE** <br><br> Date: October 4, 2010 <br> Time: 10:00AM <br> Ctrm: 540 <br><br> Trial Date: 1/11/11 <br><br> Judge: **Hon. R. Gary Klausner** <br><br> Magistrate: **Hon. Ralph Zarefsky** |

<u>TO THE HONORABLE RALPH ZAREFSKY AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:</u>

Please take notice that on October 4, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 540 of the United States District Court, Central

1

1  District (Roybal Building), located at 255 East Temple Street, Los Angeles, California
2  90012, Defendant City of Los Angeles will and hereby does move this Court for an order
3  compelling production of documents in response to its Request for Production, Set No.
4  One REQUEST 27, propounded on Plaintiffs AND to Interrogatory NUMBER 23, from
5  Set No. One from David Romo to Plaintiffs. Per agreement with Mr. Orange, Plaintiffs
6  and Defendants, with the court's consent, agree that this Joint Stipulation can be heard in
7  conjunction with numerous other motions set to be heard on the same date and time.

8      This motion is made following efforts by Defendants' counsel to resolve the issue
9  informally, as required by Local Rule 37-1, et seq., with meeting occurring as early as July
10 22, 2010.

11     The gravamen of the motion is that Plaintiffs are claiming work produce privilege
12 to either summarizing the statements of allegedly independent witnesses (Interrogatory
13 23) or to produce the tape recordings of statements of the same witness (Request to
14 Produce 27.) The basis of the assertion of the work product privilege is that the questions
15 asked reflect Mr. Orange's thought process.

16     This motion is based on the grounds set forth by Defendant City of Los Angeles in
17 the accompanying Joint Stipulation. This motion is and will be made and based upon this
18 Notice of Motion; the Joint Stipulation; and Exhibit; the pleadings ansd records on file
19 with this court; Declaration of Craig J. Miller; any evidence of which the Court may take
20 judicial notice prior to or at the hearing of this matter, and upon such oral or documentary
21 evidence as may be presented at the hearing of this motion.

23 DATED: September 28, 2010    CARMEN A. TRUTANICH, City Attorney
24     GARY G. GEUSS, Chief Assistant City Attorney
    CORY M. BRENTE, Assistant City Attorney

By: _____
CRAIG J. MILLER, Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS
ANGELES and DAVID ROMO