# DECLARATION OF CRAIG J. MILLER

I, Craig J. Miller, declare:

If called to testify, I could and would swear to the following facts of my own knowledge.

I am an attorney at law duly licensed to practice law in all the court's of the state of California and admitted to practice in this United States District Court. I am employed as a Deputy City Attorney and am assigned primary case handling responsibility in this matter.

On June 4, 2010, I caused to be served Interrogatories Set No. 1 from City to All Plaintiffs and Interrogatories Set No. 1 from David Romo to all Plaintiffs. I also caused to be served Requests for Production set no. 1 from City to All plaintiffs.

Just prior to the date the responses were due, I received a request to grant an extension to respond to discovery up to and including July 12, 2010. I agree to the extension.

I received the responses and seeing that they were evasive and deficient, I commenced the meet and confer process. On or about July 22, 2010, I met with Matthew Strugar the attorney designated by counsels to engage in the meet and confer process. He agreed to provide further responses to the items in question. Any "ambiguity" about the term "canvass" as referenced in Romo's interrogatory 23 was clarified. No objection to work product was raised. It was agreed that further responses would be provided by August 4, 2010.

During this meet and confer, I inquired about the responses to Request to produce no. 1. I asked if I had missed the response or had plaintiffs failed to respond. A few days later Mr. Strugar confirmed that there had been an error and the answers would come on August 4 with the other items. I confirmed that in my opinion the ability to "object" had been waived because of the failure to respond.

Attached to this declaration as Exhibit Z is a true and accurate copy of the one page privilege log provided by plaintiffs.

///

1  Because I have been working cooperatively with Mr. Orange, I am not seeking any
2  attorneys fees regarding this dispute. As evidence of this cooperative relationship, he and
3  I agreed, with the court's consent, to notice this joint stipulation for hearing with all the
4  others as set for October 4, 2010.

5  The statements made about efforts to resolve these disputes, the summaries of the
6  meet and confers and dates stated are true and accurate to the best of my recollection.

7  I declare under the penalty of perjury of the laws of the United States, the foregoing
8  is true and correct. Executed ___ day September, 2010 at Los Angeles, CA.

_____
CRAIG J. MILLER, Declarant