PRIVILEGE LOG ACCOMPANYING RESPONSES OF PLAINTIFFS
TO CITY OF LOS ANGELES', ET AL, REQUEST FOR PRODUCTION OF DOCUMENTS

| REQUEST NO. | DATE OF DOCUMENT | IDENTITY & POSITION OF RECIPIENTS | IDENTITY & POSITION OF AUTHOR | DOCUMENT DESCRIPTION | PRIVILEGE CLAIMED | PRESENT LOCATIONS |
|---|---|---|---|---|---|---|
| 27 | Various | Olu K. Orange, Esq. and Orange Law Offices Investigators | Olu K. Orange, Esq. and Orange Law Offices Investigators | Confidential witness interview instructions, questions, opinions and notes of interviews cinducted at or near 1435 N. Curson Ave. prepared by, in response to, and at the direction of plaintiffs' counsel and his interviewers from Orange Law Offices. | Work Product; Right to Privacy. | Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles, CA 90010 |

EXHIBIT Z