Kenneth A. Maranga, Esq. (SBN 94116)
Ken.maranga@marmorlaw.com
Patricia E. Ellyatt, Esq. (SBN 112552)
pellyatt@marmorlaw.com
John F. Peterson, Esq. (SBN 169452)
John.peterson@marmorlaw.com
Carrie A. McQuaid, Esq. (SBN 254066)
cmcquaid@marmorlaw.com
Stephanie Charles, Esq. (SBN 106417)
scharles@marmorlaw.com
MARANGA • MORGENSTERN
5850 Canoga Ave., Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

Attorneys for Defendants,
COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY CORONER
DEPARTMENT, ANTHONY HERNANDEZ, and
LAKSHMANAN SATHYAVAGISWARAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, MOHAMMAD AFZAL CHAUDHRY, USMA CHAUDHRY, MOHAMMAD UMAR CHAUDHRY, ESTATE OF MOHAMMAD USMAN CHAUDHRY, INTERFAITH COMMUNITIES UNITED FOR JUSTICE AND PEACE, ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, AND CANGRESS<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON, JOSEPH CRUZ, DAVID ROMO, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, LAKSHMANAN SATHYAVAGISWARAN, and DOES 1 through 10,<br><br>Defendants. | **Case No.: CV 09-1592 RGK (RZx)**<br><br>DECLARATION OF STEPHANIE CHARLES IN SUPPORT OF MOTION IN LIMINE NO. FIVE FOR EXCLUSION OF EVIDENCE OF CONVERSION/TRESPASS TO CHATTELS; EXHIBITS<br><br>[Filed Concurrently with Motion in Limine No. 5]<br><br>Date: January 11, 2011<br>Time: 9:00 a.m.<br>Location: Courtroom 850<br>Judge: Honorable R. Gary Klausner |

# DECLARATION OF STEPHANIE CHARLES IN SUPPORT OF MOTION IN LIMINE NO. 5 FOR EXCLUSION OF EVIDENCE OF CONVERSION/TRESPASS TO CHATTELS

I, Stephanie Charles, declare and say:

1. I am an attorney duly licensed to practice law before all courts in the State of California and am a Senior Associate in the law firm of Maranga * Morgenstern, attorneys of record for defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN.

2. The facts stated herein are personally known to me, and I have personal knowledge thereof and, if called upon to do so, I could and would completely testify to the same.

3. Attached hereto is Exhibit "A", which is a true and correct copy of the Declaration of Katherine M. Medina, which was filed in support of the County defendants' Motion for Summary Judgment. Exhibit "H" to that Declaration is the governmental claim filed by the plaintiffs in this matter.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing statements are true and correct.

This Declaration is executed this 22nd day of November 2010, at Woodland Hills, Los Angeles County, California.

_/s/ Stephanie Charles_
Stephanie Charles

# Exhibit "A"

| | |
|---|---|
| 1 | Kenneth A. Maranga, Esq. (SBN 94116)<br>Ken.maranga@marmorlaw.com |
| 2 | Patricia E. Ellyatt, Esq. (SBN 112552)<br>pellyatt@marmorlaw.com |
| 3 | John F. Peterson, Esq. (SBN 169452)<br>John.peterson@marmorlaw.com |
| 4 | Carrie A. McQuaid, Esq. (SBN 254066)<br>cmcquaid@marmorlaw.com |
| 5 | Stephanie Charles, Esq. (SBN 106417)<br>scharles@marmorlaw.com |
| 6 | MARANGA • MORGENSTERN<br>A Professional Law Corporation |
| 7 | 5850 Canoga Ave., Suite 600<br>Woodland Hills, CA 91367 |
| 8 | (818) 587-9146 ■ Fax: (818) 587-9147 |
| 9 | Attorneys for Defendants, COUNTY OF LOS ANGELES, |
| 10 | LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.: CV 09-1592 RGK (RZx)<br>[Assigned to Honorable R. Gary Klausner]<br><br>**DECLARATION OF KATHERINE M. MEDINA IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT FILED BY COUNTY DEFENDANTS; EXHIBIT H**<br><br>Date: December 20, 2010<br>Time: 9:00 a.m.<br>Courtroom: 850 (Roybal)<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Separate Statement of Uncontroverted Facts; Declarations in Support thereof; Notice of Lodging [Proposed] Order; Notice of Lodging [Proposed] Judgment]<br><br>Discovery Cutoff: 12/15/10<br>PTC: 1/4/11<br>Trial: 1/11/11 |

- 1 -
Declaration of Katherine M. Medina

# DECLARATION OF KATHERINE M. MEDINA
# IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY
# COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER
# DEPARTMENT, ANTHONY HERNANDEZ AND LAKSHMANAN
# SATHYVAGISWARAN

I, Katherine M. Medina, hereby declare:

1. I am a Deputy Clerk of the Board of Supervisors for the County of Los Angeles, located at Kenneth Hahn Hall of Administration, Room 383, 500 West Temple Street, Los Angeles, California 90012. The following facts are within my personal knowledge and if called as a witness, I could and would competently testify thereto.

2. In accordance with my job duties, I am familiar with the handling of claims submitted to the Board of Supervisors. Claims are logged in upon receipt and a record of the claims is kept in a computer data base, which dates from 1987 to the present.

////

////

////

////

////

////

////

Declaration of Katherine M. Medina

3. On October 15, 2010, I searched our Claims Computer Data Base for any and all tort claim filed against the County of Los Angeles, under the names Usma Chaudhry, Mohammad Umar Chaudhry, Mohammad Amjar Chaudhry, Rukhsana Chaudhry, Mohammad Afzal Chaudhry & The Estate of Mohammad Usman Chaudhry. I found only one claim filed against the County of Los Angeles, Claim No. 08-2304, filed by Olu K. Orange, Esq. on behalf of Usma Chaudhry, Mohammad Umar Chaudhry, Mohammad Amjar Chaudhry, Rukhsana Chaudhry, Mohammad Afzal Chaudhry & The Estate of Mohammad Usman Chaudhry. This claim is dated July 23, 2008, and was filed with the Executive Board on July 24, 2008. Attached hereto and incorporated herein by this reference as though fully set forth is a true and correct copy Claim No. 08-2304.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 27th day October, 2010, at Los Angeles, California.



Katherine M. Medina

# EXHIBIT "H"



REVIEWED
JUL 28 2008
GL
TANYA SOUZA

Orange Law Offices

08-1628685H
NO IX

Equitable Plaza Tower
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Tel. 213.736.9900
Fax. 775.416.9221
www.orangelawoffices.com

F... 08-2304

2008 JUL 24 PM 3:06

08-2304

23 July 2008,

COUNTY OF LOS ANGELES
EXECUTIVE OFFICER, BOARD OF SUPERVISORS
ATTN: CLAIMS
KENNETH HAHN HALL OF ADMINISTRATION
500 West Temple Street, Room 383
Los Angeles, California 90012
TEL: (213) 978-1173

## CLAIM FOR DAMAGES PURSUANT TO CAL. GOVT. CODE §910

A.  **The names and address of the Claimants are as follows:**

Usma Chaudhry, Mohammad Umar Chaudhry, Mohammad Amjad Chaudhry, Rukhsana Chaudhry and Mohammad Afzal Chaudhry, individually, and the Estate of their deceased family member (brother, nephew and son – respectively) Mohammad Usman Chaudhry, and the class[es] of persons similarly situated, having suffered injury and violations of rights under circumstances similar to those described herein, and/or likely to suffer injury or violations of rights as described herein, or under similar circumstances capable of repetition, yet evading review. Claimants' correspondence address is: (c/o) Olu K. Orange, Esq., Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles, California 90010. TEL.: (213) 736-9900.

B.  **The Post Office address to which the persons presenting the Claim desire notices to be sent:**

(c/o) Olu K. Orange, Esq., Orange Law Offices, 3435 Wilshire Blvd., Suite 2900, Los Angeles, California 90010. TEL: (213) 736-9900.

C.  **The date, place and other circumstances of the occurrence or transaction which gave rise to the Claim asserted:**

Chaudhry Govt. Code 910 Claim - Page 1 of 4

6

On or about March 25, 2008, at approximately 4:00 a.m., at or near the 1400 Block of North Curson Avenue, in Los Angeles, California, Mohammad Usman Chaudhry, was wrongfully seized, detained, falsely imprisoned/arrested, discriminated against, subjected to severe emotional distress, battered and shot and caused to die, <u>all</u> without lawful reason, cause, or excuse by Los Angeles Police Department Officers Joseph Cruz, his partner at the time, and Doe LAPD officers and employees 1 through 30. At the time of the incident described herein, Mohammad Usman Chaudhry was a 21 year-old man of Pakistani descent and Muslim religious affiliation suffering from mental disabilities including but not limited to autism. Officers encountered Mohammad Usman Chaudhry as he was laying outside in the yard of a residence, engaged him in a series of events and circumstances, handcuffed him, and ended up shooting him multiple times and killing him. Also, said officers and employees failed to timely provide medical treatment and/or allow medical treatment to be provided to the deceased.

THE LOS ANGELES COUNTY DEPARTMENT OF CORONER officials and employees (DOES 1 THROUGH 30) interfered with and prevented the observance of appropriate religious and familial burial rights and responsibilities by Mohammad Usman Chaudhry's family with relation to him by failing to inform in a timely manner the Chaudhry family (inclusive of his father Mohammad Afzal Chaudhry, his mother Rukhsana Chaudhry, his uncle Mohammad Amjad Chaudhry, his brother Mohammad Umar Chaudhry and his sister Usma Chaudhry) that Mohammad Usman Chaudhry had been killed, even though Mohammad Usman Chaudhry had with him at the time of first encounter and examination by the Coroner's office adequate identification to enable such timely notification to occur. Further, said officers and employees, and Does 1 through 30, and each of them, violated the bodily integrity of Mohammad Usman Chaudhry, against religious and cultural custom and dictates, and without permission from the Chaudhry family. Said officers and employees, and Does 1 through 30, and each of them, acted individually, and agreed, conspired and acted in concert to conceal and cover-up their wrongful and unlawful acts and omissions as described herein. Moreover, several unidentified Los Angeles County Department of Coroner officers unknown County personnel, supervisors, officials and policy makers approved of, enabled, failed to prevent and ratified all of the above conduct.

All aforesaid conduct, and acts, by Los Angeles County Department of Coroner officers, officials and personnel, and each of them, were: (1) violations

Chaudhry Govt. Code 910 Claim - Page 2 of 4

7

of claimants' and Mohammad Usman Chaudhry's state and federal civil rights; (2) based upon claimants' and Mohammad Usman Chaudhry's perceived heritage, religion, economic status, homelessness and appearance; (3) without lawful basis, cause, or excuse; (4) all done by agreement, concerted action and conspiracy; (5) under the color of law and within the course and scope of employment with the County of Los Angeles; (6) part of, and pursuant to, the custom, habit, practice and policy of members of the Los Angeles County Department of Coroner, and the Department itself; (7) excessive, unconscionable, intentional, malicious, oppressive, and with deliberate indifference to the rights of claimants and Mohammad Usman Chaudhry; (8) the result of the County of Los Angeles' failure, regarding its employees, to properly, and effectively, train, discipline, and use proper diligence to become aware of, acknowledge and act appropriately regarding inadequacies in notification practices and observance of religious and cultural dictates regarding death and examination and disposition of the remains of deceased persons; (9) Negligent and violations of the mandatory duties imposed upon the Los Angeles County Department of the Coroner by Cal. Health & Safety Code §§ 7104, Cal. Health & Safety Code §§ 7104.1, inter alia; (10) pursuant to a widespread and long-implemented policy of discriminating against, negligence toward, and violating the rights of, a class or classes of multiple persons so numerous that joinder of all members is impractical, yet for which there are common questions of law or fact, and for which the bases for claimants' and Mohammad Usman Chaudhry's claims are typical, and fairly and adequately representative.

D. **General description of the indebtedness, obligation, injury, damage, or loss so far is presently known:**

As a result of the aforesaid conduct, Claimants and Mohammad Usman Chaudhry suffered: invasion of privacy, invasion of bodily integrity and delayed and ill-affected ascension to heaven (deceased only), extreme emotional distress, humiliation, pain and suffering, loss of wages and business, defamation and damage to reputation, violation of rights under the U.S. Constitution, violation of rights under the California Constitution. Claimants and Mohammad Usman Chaudhry suffered damages and incurred injury as specified by all applicable federal and state statues, including but not limited to: the First, Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. §§ 1983 and 1985 and California Civil Code Sections 51, 51.7, 52, and 52.1.

Chaudhry Govt. Code 910 Claim · Page 3 of 4

8

As a result of the above injuries and losses, claimants suffered damages in amounts exceeding ten thousand dollars and to be proven at trial (stated as such per Cal Gov Code § 910(f)).

E. <u>The names of the public employees causing the injury damage or loss:</u>

Los Angeles County Department of Coroner, Director Anthony T. Hernandez, Chief Medical Examiner Coroner Lakshmanan Sathyavagiswaran, and Los Angeles County Department of Coroner officers, officials and personnel, and Does one through thirty, and each of them. Additionally, numerous other Los Angeles County Department of Coroner personnel, and County of Los Angeles supervisors, officials, and policy makers, whose identities are presently unknown to Claimants, but will be made known upon ascertainment.

F. <u>The amount claimed:</u>

Per Cal Gov Code § 910(f), stated as damages exceeding ten thousand dollars. This is not a limited civil case. It is within the jurisdiction of the Superior Court.

If this claim fails to comply in any respect with any requirement of Cal. Gov't Code § 910 or § 910.2, you are required to provide written notice of the insufficiency pursuant to Cal. Gov't Code § 910.8.

DATED: July 23, 2008

ORANGE LAW OFFICES

Olu K. Orange, Esquire
On behalf of Claimants

Chaudhry Govt. Code 910 Claim  -  Page 4 of 4

9

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

On November 17, 2010, I served the foregoing document described as **DECLARATION OF KATHERINE M. MEDINA IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT FILED BY COUNTY DEFENDANTS; EXHIBIT H,** on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Donald Cook, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444; Fax: (213) 252-0091<br>manncook@earthlink.net | Attorneys for Plaintiffs |
| Ameena M. Qazi, Esq.<br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA<br>2180 W. Crescent Avenue, Suite F<br>Anaheim, CA 92801<br>Tel: (714) 776-1847; Fax: (714) 776-8340<br>aqazi@cair.com | Attorneys for Plaintiff |

__X__   (By Mail) As to the above listed individuals only, by placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing of mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after day of deposit for mailing an affidavit.

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF Sytem:

| | |
|---|---|
| Olu K. Orange, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 736-9900; Fax: (213) 406-1250<br>oluorange@att.net | Attorneys for Plaintiffs |
| Robert Mann, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444; Fax: (213) 252-0091<br>manncook@earthlink.net | Attorneys for Plaintiffs |

[Chaudhry v. City of Los Angeles - CV 09-1592 RGK (RZx)]

| | | |
|---|---|---|
| 1 | Paula D. Pearlman, Esq.<br>DISABILITY RIGHTS LEGAL CENTER<br>919 Albany Street<br>Los Angeles, CA 90015<br>Tel: (213) 736-1031; Fax: (213) 736-1428<br>paula.pearlman@lls.edu | Attorneys for Plaintiffs |
| 5 | Craig J. Miller, Deputy City Attorney<br>Wendy Shapero, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>200 N. Main Street<br>6th Floor, City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-7038; Fax: (213) 978-8785<br>craig.miller@lacity.org | Attorneys for Defendant, City of Los Angeles |
| 9 | Peter J. Ferguson, Esq.<br>Diana L. Field, Esq.<br>FERGUSON, PRAET & SHERMAN<br>1631 E. 18th Street<br>Santa Ana, CA 92705<br>Tel: (714) 953-5300; Fax: (714) 953-1143<br>peterferg@aol.com | Attorneys for Defendant, Joseph Cruz |

Honorable R. Gary Klausner **(to Courtesy Copy Box)**
UNITED STATES DISTRICT COURT
Courtroom 850
255 E. Temple Street
Los Angeles, CA 90012

Honorable Ralph Zarefsky **(to Courtesy Copy Box)**
UNITED STATES DISTRICT COURT
Courtroom 540
255 E. Temple Street
Los Angeles, CA 90012

____ By Telefax. I forwarded such document by telefax to the offices of the addressee(s) at telefax number    at the telefax number(s) indicated above.

____ By Personal Service. I delivered such envelope by hand to the addressee(s).

____ By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above addressee(s).

(Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 17, 2010, at Woodland Hills, California.

Stephanie Patenaude

F:\ADMIN\MATTERS - ACTIVE\Chaudhry v. COLA\Pleadings - Case No. 09-01592\MSJ\MSJ 11.17.10\Decl.Katherine.Medina.wpd

Declaration of Katherine M. Medina

11

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

      On November 22, 2010, I served the foregoing document described as DECLARATION OF STEPHANIE CHARLES IN SUPPORT OF MOTION IN LIMINE NO. 5 FOR EXCLUSION OF EVIDENCE OF CONVERSION/ TRESPASS TO CHATTELS, on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Donald Cook, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444; Fax: (213) 252-0091<br>manncook@earthlink.net | Attorneys for Plaintiffs |
| Ameena M. Qazi, Esq.<br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA<br>2180 W. Crescent Avenue, Suite F<br>Anaheim, CA 92801<br>Tel: (714) 776-1847; Fax: (714) 776-8340<br>aqazi@cair.com | Attorneys for Plaintiff |

  __X__   (By Mail) As to the above listed individuals only, by placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing of mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after day of deposit for mailing an affidavit.

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

| | |
|---|---|
| Olu K. Orange, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 736-9900; Fax: (213) 406-1250<br>oluorange@att.net | Attorneys for Plaintiffs |
| Robert Mann, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444; Fax: (213) 252-0091<br>manncook@earthlink.net | Attorneys for Plaintiffs |

[Chaudhry v. City of Los Angeles - CV 09-1592 RGK (Rzx)]

| | | |
|---|---|---|
| 1 | Paula D. Pearlman, Esq.<br>DISABILITY RIGHTS LEGAL CENTER<br>919 Albany Street<br>Los Angeles, CA 90015<br>Tel: (213) 736-1031; Fax: (213) 736-1428<br>paula.pearlman@lls.edu | Attorneys for Plaintiffs |
| 2 | Craig J. Miller, Deputy City Attorney<br>Wendy Shapero, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>200 N. Main Street<br>6th Floor, City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-7038; Fax: (213) 978-8785<br>craig.miller@lacity.org | Attorneys for Defendant, City of Los Angeles |
| 3 | Peter J. Ferguson, Esq.<br>Diana L. Field, Esq.<br>FERGUSON, PRAET & SHERMAN<br>1631 E. 18th Street<br>Santa Ana, CA 92705<br>Tel: (714) 953-5300; Fax: (714) 953-1143<br>peterferg@aol.com | Attorneys for Defendant, Joseph Cruz |

Honorable R. Gary Klausner **(to Courtesy Copy Box)**
UNITED STATES DISTRICT COURT
Courtroom 850
255 E. Temple Street
Los Angeles, CA 90012

Honorable Ralph Zarefsky **(to Courtesy Copy Box)**
UNITED STATES DISTRICT COURT
Courtroom 540
255 E. Temple Street
Los Angeles, CA 90012

____ By Telefax. I forwarded such document by telefax to the offices of the addressee(s) at telefax number    at the telefax number(s) indicated above.

____ By Personal Service. I delivered such envelope by hand to the addressee(s).

__ By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above addressee(s).

(Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2010, at Woodland Hills, California.

_____
Stephanie Patenaude

[Chaudhry v. City of Los Angeles - CV 09-1592 RGK (RZx)]

- 4 -
DECLARATION OF STEPHANIE CHARLES IN SUPPORT OF MOTION IN LIMINE NO. 5