1  Kenneth A. Maranga, Esq. (SBN 94116)
   Ken.maranga@marmorlaw.com
2  Patricia E. Ellyatt, Esq. (SBN 112551)
   pellyatt@marmorlaw.com
3  John F. Peterson, Esq. (SBN 169452)
   John.peterson@marmorlaw.com
4  Carrie A. McQuaid, Esq. (SBN 254066)
   cmcquaid@marmorlaw.com
5  Stephanie Charles, Esq. (SBN 106417)
   scharles@marmorlaw.com
6  MARANGA • MORGENSTERN
   A Professional Law Corporation
7  5850 Canoga Ave., Suite 600
   Woodland Hills, CA 91367
8  (818) 587-9146 ■ Fax: (818) 587-9147

9  Attorneys for Defendants, COUNTY OF LOS ANGELES,
   LOS ANGELES COUNTY CORONER DEPARTMENT,
10 ANTHONY HERNANDEZ, and LAKSHMANAN
   SATHYAVAGISWARAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | **Case No.: CV 09-1592 RGK (RZx)**<br>[Assigned to Honorable Gary Klausner]<br><br>**EX PARTE APPLICATION OF COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN FOR ORDER ALLOWING FILING OF MEMORANDUM OF CONTENTIONS OF LAW AND FACT PAST DUE DATE OR, IN THE ALTERNATIVE, TO ALLOW MEMORANDUM TO EXCEED 20 PAGE LIMIT**<br>Discovery Cutoff: 12/15/10<br>PTC: 1/4/11<br>Trial: 1/11/11<br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Stephanie Charles thereto and [Proposed] Order thereon.] |

TO THE HONORABLE GARY KLAUSNER, UNITED STATES DISTRICT JUDGE:

Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN hereby apply *Ex Parte* for an order allowing the filing of these moving defendants' Memorandum of Contentions of Fact and Law past the due date of December 14, 2010 or, in the alternative, to allow their Memorandum to exceed the 20 page limit set forth in the Court's standing order.

As explained more fully in the attached Declaration of Counsel, good cause exists for the relief sought. Defendants have filed a motion for summary judgment which may dispense of the case entirely or drastically reduce the number of issues to be addressed in the Memorandum. It is to the parties' as well as to the Court's benefit to have the scope of the case determined prior to the filing of the Memorandum. Alternatively, if the Court is unwilling to allow the Memorandum to be filed after the motion for summary judgment is decided, then the Defendants will have to address each of the elements required under Local Rule 16-4.1 as to all twelve causes of action against it. It is not possible to satisfy Local Rule 16-4.1 and to stay within either the Court's standing order of 20 pages, or even the Local Rules' limit of 25 pages.

**Timing:**

These defendants are applying *Ex Parte*, rather than by noticed motion (even under shortened time) because it is to the parties' benefit as well as the Court's, to have the issue of when the Memorandum of Contentions of Fact and Law must be filed decided as soon as possible. The pre-trial conference is scheduled for January 4, 2011, and trial is set for January 11, 2011. With these looming dates, it is in everyone's interests to have pre-trial procedural issue determined well in advance of the relevant due date of December 14, 2010.

**Notice and Plaintiffs' Position:**

On Wednesday, December 8, 2010, moving defendants counsel informed counsel

for plaintiffs, Olu Orange and Robert Mann, that these defendants would be making the instant *Ex Parte* Application. Mr. Orange was initially advised by voicemail; Robert Mann said that he did not oppose. Counsel for defendants then gave notice to Ameena Qazi, attorney for the Islamic Shura Council and Interfaith Communities United for Justice and Peace, who did not oppose; counsel then telephoned Craig Miller, attorney for the City of Los Angeles and Officer Romo, who likewise did not oppose. Counsel next telephoned Peter Ferguson, counsel for defendant Joseph Cruz. Mr. Ferguson's secretary, Colleen, advised that they would not oppose. Later in the day, Olu Orange, counsel for plaintiffs, called back and said that he would **not** oppose the application and, in fact, would join in it. Accordingly, no parties oppose the Ex Parte application, and plaintiffs are expected to join.

DATED: December 8, 2010

MARANGA • MORGENSTERN
A Professional Law Corporation

By _____
Kenneth A. Maranga
Patricia E. Ellyatt
John F. Peterson
Carrie A. McQuaid
Stephanie Charles
Attorneys for Defendants,
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN

F:\ADMIN\MATTERS - ACTIVE\Chaudhry v. COLA\Pleadings - Case No. 09-01592\Ex.Parte.Application re Memo of Facts and Law.wpd

PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

On December 8, 2010, I served the foregoing document described as **EX PARTE APPLICATION OF COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN FOR ORDER ALLOWING FILING OF MEMORANDUM OF CONTENTIONS OF LAW AND FACT PAST DUE DATE OR, IN THE ALTERNATIVE, TO ALLOW MEMORANDUM TO EXCEED 20 PAGE LIMIT,** on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Donald Cook, Esq.                       Attorneys for Plaintiffs
3435 Wilshire Boulevard, Suite 2900
Los Angeles, CA 90010
Tel: (213) 252-9444; Fax: (213) 252-0091
manncook@earthlink.net

Ameena M. Qazi, Esq.                    Attorneys for Plaintiff
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
Tel: (714) 776-1847; Fax: (714) 776-8340
aqazi@cair.com

__X__ (By Mail) As to the above listed individuals only, by placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing of mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after day of deposit for mailing an affidavit.

_____ By Telefax. I forwarded such document by telefax to the offices of the addressee(s) at telefax number    at the telefax number(s) indicated above.

_____ By Personal Service. I delivered such envelope by hand to the addressee(s).

_____ By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above addressee(s).

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

| | |
|---|---|
| Olu K. Orange, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 736-9900; Fax: (213) 406-1250<br>oluorange@att.net | Attorneys for Plaintiffs |
| Robert Mann, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444; Fax: (213) 252-0091<br>manncook@earthlink.net | Attorneys for Plaintiffs |
| Paula D. Pearlman, Esq.<br>DISABILITY RIGHTS LEGAL CENTER<br>919 Albany Street<br>Los Angeles, CA 90015<br>Tel: (213) 736-1031; Fax: (213) 736-1428<br>paula.pearlman@lls.edu | Attorneys for Plaintiffs |
| Craig J. Miller, Deputy City Attorney<br>Wendy Shapero, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>200 N. Main Street<br>6th Floor, City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-7038; Fax: (213) 978-8785<br>craig.miller@lacity.org | Attorneys for Defendant, City of Los Angeles |
| Peter J. Ferguson, Esq.<br>Diana L. Field, Esq.<br>FERGUSON, PRAET & SHERMAN<br>1631 E. 18th Street<br>Santa Ana, CA 92705<br>Tel: (714) 953-5300; Fax: (714) 953-1143<br>peterferg@aol.com | Attorneys for Defendant, Joseph Cruz |

Honorable R. Gary Klausner **(to Courtesy Copy Box)**
UNITED STATES DISTRICT COURT
Courtroom 850
255 E. Temple Street
Los Angeles, CA 90012

Honorable Ralph Zarefsky **(to Courtesy Copy Box)**
UNITED STATES DISTRICT COURT
Courtroom 540
255 E. Temple Street
Los Angeles, CA 90012

(Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 8, 2010, at Woodland Hills, California.

*/s/ SHANNON PLUNKETT*

[Chaudhry v. City of Los Angeles - CV 09-1592 RGK (RZx)]