Kenneth A. Maranga, Esq. (SBN 94116)
Ken.maranga@marmorlaw.com
Patricia E. Ellyatt, Esq. (SBN 112552)
pellyatt@marmorlaw.com
John F. Peterson, Esq. (SBN 169452)
John.peterson@marmorlaw.com
Carrie A. McQuaid, Esq. (SBN 254066)
cmcquaid@marmorlaw.com
Stephanie Charles, Esq. (SBN 106417)
scharles@marmorlaw.com
MARANGA • MORGENSTERN
5850 Canoga Ave., Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ▪ Fax: (818) 587-9147

Attorneys for Defendants,
COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY CORONER
DEPARTMENT, ANTHONY HERNANDEZ, and
LAKSHMANAN SATHYAVAGISWARAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, MOHAMMAD AFZAL CHAUDHRY, USMA CHAUDHRY, MOHAMMAD UMAR CHAUDHRY, ESTATE OF MOHAMMAD USMAN CHAUDHRY, INTERFAITH COMMUNITIES UNITED FOR JUSTICE AND PEACE, ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, AND CANGRESS<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, WILLIAM BRATTON, JOSEPH CRUZ, DAVID ROMO, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, LAKSHMANAN SATHYAVAGISWARAN, and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 09-1592 RGK (RZx)<br><br>DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, AND LAKSHAMANAN SATHYAVAGISWARAN'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3) |

Defendants COUNTY OF LOS ANGELES, a public entity, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ and LAKSHMANAN SATHYAVAGISWARAN ("Defendants"), hereby provide pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3).

**Fed. R. Civ. P. 26(a)(3)(A)(i) - Witnesses**

Witnesses who will be called:

- Lt. Brian Elias
    - 1104 N. Mission Rd., Los Angeles, CA 90033
    - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Joyce Kato
    - 1104 N. Mission Rd., Los Angeles, CA 90033
    - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Lt. David Smith
    - 1104 N. Mission Rd., Los Angeles, CA 90033
    - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Lakshmanan Sathyavagiswaran, M.D.
    - 1104 N. Mission Rd., Los Angeles, CA 90033
    - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Anthony Hernandez
    - 1104 N. Mission Rd., Los Angeles, CA 90033
    - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Chief Craig Harvey
    - 1104 N. Mission Rd., Los Angeles, CA 90033

- Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Yulai Wang, M.D.
  - 1104 N. Mission Rd., Los Angeles, CA 90033
  - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146
- Detective Diane Harris
  - Los Angeles County Sheriff's Department
  - Homicide Bureau - Missing Persons Unit
  - 5747 Rickenbacker Rd., Commerce, CA 90040
  - (323) 890-5510
- Detective Christine Carns
  - Los Angeles County Sheriff's Department
  - Homicide Bureau - Missing Persons Unit
  - 5747 Rickenbacker Rd., Commerce, CA 90040
  - (323) 890-5537
- Simon Costello
  - LA Gay and Lesbian Center
  - 7051 Santa Monica Blvd., Los Angeles, CA 90038
  - (323) 860-2281
- Gregory Wyatt
  - Sacramento County Coroner
  - 4800 Broadway, Suite 100, Sacramento, CA 95820
  - (916) 874-1696
- Amir Hussain, Ph.D.
  - Dept. of Theological Studies, Loyola Marymount University
  - University Hall
  - One LMU Drive - Suite 3700

- Los Angeles, CA 90045
- (310) 338-5987
- Sandra Homewood
  - 1132 San Marco Drive, #216, San Marcos, CA 92078
  - (760) 931-2529

Witnesses who *may* be called:
- Jonathan Jones
  - 3701 Cherrywood St., Los Angeles, CA
  - (323) 293-9778
- Daniel Machian
  - 1104 N. Mission Rd., Los Angeles, CA 90033
  - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146.
- Lt. Cheryl MacWillie
  - 1104 N. Mission Rd., Los Angeles, CA 90033
  - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146
- Claudia Garcia
  - 1104 N. Mission Rd., Los Angeles, CA 90033
  - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146
- Michelle Sandberg
  - 1104 N. Mission Rd., Los Angeles, CA 90033
  - Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146
- Silvia Gonzales
  - 1104 N. Mission Rd., Los Angeles, CA 90033

COUNTY DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)

- Contact through defense counsel at *Maranga • Morgenstern*, 5850 Canoga Avenue, Suite 600, Woodland Hills, California, (818) 587-9146
- LAPD Officer Tim Jenneman
  - c/o Atty Craig Miller, Deputy City Attorney
  - (213) 978-8722
- Katherine Medina
  - Los Angeles County Board of Supervisors
  - 500 W. Temple St., Los Angeles, CA 90012
  - (213) 974-1440
- Representative from Harbor (Los Angeles County) Regional Center
  - 21231 Hawthorne Blvd., Torrance, CA 90503
  - (310) 540-1711

### Fed. R. Civ. P. 26(a)(3)(A)(iii) - Documents

Documents which will be introduced:

- A copy of the Department of the Coroner's File Records Bates Stamped pages M*M 1-76.
- LASD Missing Persons Reports
- Los Angeles Gay and Lesbian Center Records
- Los Angeles County Coroner Operations Bureau Manual (portions produced in discovery)
- Los Angeles County Coroner Training Manual Modules: Notification and Identification
- Document found on decedent's body–Exhibit 120
- LAPD Investigation Action Statement Form dated 12/11/07–Exhibit 122
- Copy of website for the Celebration Theater
- Copy of Friends Helping Friends website
- LAPD Press Release relating to 3/25/08 incident

- Copy of blog by Umar Chaudhry
- Copy of blogs on LA Times website concerning Chaudhry incident
- LAPD CCHRS records concerning decedent
- LAPD Property Division Manual, Ch. 9
- Report of expert Amir Hussain, Ph.D.
- Supplemental report of expert Amir Hussain, Ph.D.
- Report of expert Gregory Wyatt
- Report of expert Sandra Homewood
- Letters of commendation issued to Department of Coroner dated 10/28/88 and 6/19/89
- Photos of commendation awards to Department of Coroner

Documents which *may* be introduced:

- Records from Harbor (Los Angeles County) Regional Center
- LAPD Policy No. 238.43

DATED: December 10, 2010

MARANGA • MORGENSTERN
A Professional Law Corporation

By /s/ Patricia E. Ellyatt
Kenneth A. Maranga
Patricia E. Ellyatt
John F. Peterson
Carrie A. McQuaid
Stephanie Charles
Attorneys for Defendants
COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN

F:\ADMIN\MATTERS - ACTIVE\Chaudhry v. COLA\Pleadings - Case No. 09-01592\TRIAL DOCS\Pretrial Disclosures.wpd

                        PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5850 Canoga Ave., Suite 600, Woodland Hills, CA 91367.

On December 10, 2010, I served the foregoing document described as DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, AND LAKSHAMANAN SATHYAVAGISWARAN'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3), on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Donald Cook, Esq.                       Attorneys for Plaintiffs
3435 Wilshire Boulevard, Suite 2900
Los Angeles, CA 90010
Tel: (213) 252-9444; Fax: (213) 252-0091
manncook@earthlink.net

Ameena M. Qazi, Esq.                    Attorneys for Plaintiff
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA
2180 W. Crescent Avenue, Suite F
Anaheim, CA 92801
Tel: (714) 776-1847; Fax: (714) 776-8340
aqazi@cair.com

__X__  (By Mail) As to the above listed individuals only, by placing a true copy thereof enclosed in a sealed envelope. I am "readily familiar" with the firm's practice of collection and processing of mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after day of deposit for mailing an affidavit.

_____  By Telefax. I forwarded such document by telefax to the offices of the addressee(s) at telefax number     at the telefax number(s) indicated above.

_____  By Personal Service. I delivered such envelope by hand to the addressee(s).

_____  By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above addressee(s).

The below listed individuals are registered with the Court to receive notice of electronically filed documents and will therefore be served via the Court's ECF System:

Olu K. Orange, Esq.                     Attorneys for Plaintiffs
3435 Wilshire Boulevard, Suite 2900
Los Angeles, CA 90010
Tel: (213) 736-9900; Fax: (213) 406-1250
oluorange@att.net



COUNTY DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)

| | | |
|---|---|---|
| 1 | Robert Mann, Esq.<br>3435 Wilshire Boulevard, Suite 2900<br>Los Angeles, CA 90010<br>Tel: (213) 252-9444; Fax: (213) 252-0091<br>manncook@earthlink.net | Attorneys for Plaintiffs |
| 2 | | |
| 3 | | |
| 4 | | [Chaudhry v. City of Los Angeles - CV 09-1592 RGK (RZx)] |
| 5 | Paula D. Pearlman, Esq.<br>DISABILITY RIGHTS LEGAL CENTER<br>919 Albany Street<br>Los Angeles, CA 90015<br>Tel: (213) 736-1031; Fax: (213) 736-1428<br>paula.pearlman@lls.edu | Attorneys for Plaintiffs |
| 6 | | |
| 7 | | |
| 8 | Craig J. Miller, Deputy City Attorney<br>Wendy Shapero, Deputy City Attorney<br>OFFICE OF THE CITY ATTORNEY<br>200 N. Main Street<br>6th Floor, City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-7038; Fax: (213) 978-8785<br>craig.miller@lacity.org | Attorneys for Defendant, City of Los Angeles |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Peter J. Ferguson, Esq.<br>Diana L. Field, Esq.<br>FERGUSON, PRAET & SHERMAN<br>1631 E. 18th Street<br>Santa Ana, CA 92705<br>Tel: (714) 953-5300; Fax: (714) 953-1143<br>peterferg@aol.com | Attorneys for Defendant, Joseph Cruz |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Honorable R. Gary Klausner **(to Courtesy Copy Box)**<br>UNITED STATES DISTRICT COURT<br>Courtroom 850<br>255 E. Temple Street<br>Los Angeles, CA 90012 | |
| 18 | | |
| 19 | | |
| 20 | Honorable Ralph Zarefsky **(to Courtesy Copy Box)**<br>UNITED STATES DISTRICT COURT<br>Courtroom 540<br>255 E. Temple Street<br>Los Angeles, CA 90012 | |
| 21 | | |
| 22 | | |

    (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on December 10, 2010, at Woodland Hills, California.

*Claudia Brodie*
Claudia Brodie

[Chaudhry v. City of Los Angeles - CV 09-1592 RGK (RZx)]

COUNTY DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)