UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01592-RGK (RZx) | Date | December 22, 2010 |
|---|---|---|---|
| Title | RUKHSANA CHAUDHRY, et al. v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

The parties are hereby notified that any future motions or motion-related documents that are not filed pursuant to (1) the time limits specified in the Court's Order for Jury Trial; or (2) the Local Rules, will not be accepted or considered by the Court.

**IT IS SO ORDERED.**

_____ : _____

| Initials of Preparer | slw |
|---|---|