1
2
3
4

Olu K. Orange, Esq. , SBN: 213653
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2900
Los Angeles,  California 90010
Tel: (213) 736-9900 / Fax: (213) 406-1250
Email: oluorange@att.net

5
6
7
8

ROBERT MANN, CSB 48293
DONALD W. COOK, CSB 116666
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA  90010
Tel: (213) 252-9444/ Fax: (213) 252-0091
Email: manncook@earthlink.net

9
10
11
12

Ameena M. Qazi SBN 250404
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS, CALIFORNIA
2180 W. Crescent Ave., Suite F
Anaheim, California  92801
Telephone: (714) 776-1847
Facsimile: (714) 776-8340
email: aqazi@cair.com

Paula D. Pearlman CSB #109038
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, CA 90015
Tel: (213)736-1031
Fax: (213) 736-1428
Email: paula.pearlman@lls.edu

13

*Attorneys for Plaintiffs*

14
15

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

16
17
18
19
20
21
22
23
24
25
26
27
28

RUKHSANA CHAUDHRY, MOHAMMAD
AFZAL CHAUDHRY, USMA
CHAUDHRY, MOHAMMAD UMAR
CHAUDHRY, ESTATE OF MOHAMMAD
USMAN CHAUDHRY, INTERFAITH
COMMUNITIES UNITED FOR JUSTICE
AND PEACE, ISLAMIC SHURA COUNCIL
OF SOUTHERN CALIFORNIA, AND
CANGRESS

Plaintiffs,

vs.

CITY OF LOS ANGELES, LOS
ANGELES POLICE DEPARTMENT,
WILLIAM BRATTON, JOSEPH CRUZ,
DAVID ROMO, COUNTY OF LOS
ANGELES, LOS ANGELES COUNTY

Case No.: CV09-1592 RGK-RZ

**PLAINTIFFS' PROPOSED VOIR
DIRE QUESTIONS**

*Assigned:*
Hon. R. Gary Klausner
Hon. Ralph Zarefsky

CORONER DEPARTMENT, ANTHONY
HERNANDEZ, LAKSHMANAN
SATHYAVAGISWARAN, AND DOES 1
THROUGH 10

*Defendants.*

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby offer their proposed voir dire questions.

VOIR DIRE QUESTION NO. 1.     Have you or anyone close to you ever been
employed in any capacity by any law enforcement agency? (If no, have you or
anyone close to you ever applied for a job in law enforcement?)

• Is that yourself or someone else?

• If someone else, what is their relationship to you?

• What position did you/he/she hold?

• For how long?

• Have any complaints of misconduct or excessive force been filed against (you)
(them) (him) (her)?

VOIR DIRE QUESTION NO. 2.     Do you ever have occasion to discuss police work,
especially the dangers involved in police work, with your friend/relative? IF YES:
What did you discuss? What are your impressions about the dangers of police work?
What concerns do you have about your friend's/relative's safety on the job?

VOIR DIRE QUESTION NO. 3.     What contact have you had with police officers or
other law enforcement officers through your work? In your neighborhood? In your

social life? How much faith (or respect) would you say you have in Police Officers? Why is that?

VOIR DIRE QUESTION NO. 4.     In general, do you think you'd be inclined to give greater weight to the testimony of a police officer than you would to an ordinary citizen, because he is a police officer? IF YES: Why is that? IF NO: Why not?

VOIR DIRE QUESTION NO. 5.     Do you think that police receive any kind of special training about how to testify in court? IF YES: What kind of training? Why? How do you think that training affects how they present themselves as witnesses? IF NO: How often do you think they testify in court? How do you think they prepare themselves to testify?

VOIR DIRE QUESTION NO. 6.     What have you read or heard about incidents where police have used excessive force?

VOIR DIRE QUESTION NO. 7.     What are your opinions about how the problem of police misconduct ought to be handled?

VOIR DIRE QUESTION NO. 8.     What's your immediate reaction when you hear that someone is charging the police with brutality?

VOIR DIRE QUESTION NO. 9.     What have you read or heard about recent instances of police brutality?

VOIR DIRE QUESTION NO. 10.   Do you have an opinion about which is more important: law and order or preserving everyone's constitutional rights? If so, what is your opinion?

VOIR DIRE QUESTION NO. 11.   Have you ever expressed any opinions in conversation with others concerning the problem of police brutality? If so, what opinions have you expressed?

VOIR DIRE QUESTION NO. 12.   Have you ever expressed any opinions about whether or not your city should have a Civilian Review Board to hear complaints of police misconduct? If so, what opinions have you expressed?

VOIR DIRE QUESTION NO. 13.   Do you have any opinions about how the problem of police misconduct should be handled by society? If so, what are your opinions?

VOIR DIRE QUESTION NO. 14.   Would you require the Chaudhrys to prove their case by anything more than a preponderance of the evidence [explain this concept], because he is charging police officers with a violation of their son's constitutional rights?

VOIR DIRE QUESTION NO. 15.   Are you willing to enforce the civil rights of the Chaudhrys as you would any other right he and you are entitled to as citizens of this country?

VOIR DIRE QUESTION NO. 16.   This is a lawsuit brought by a private citizen against a member of the Police Department. Do you feel that citizens who believe they have been treated illegally and unfairly have a right to bring suit against police officers?

VOIR DIRE QUESTION NO. 17.   Do you feel that the hands of police have been tied by court decisions? What kinds of things come to mind?

1

2   VOIR DIRE QUESTION NO. 18.   Are you comfortable with trying to decide, after

3       the fact, whether a police officer is telling the truth about the circumstances under

4       which he killed a citizen?

5

6   VOIR DIRE QUESTION NO. 19.   What are your feelings about autism?

7

8   VOIR DIRE QUESTION NO. 20.   Do you know anyone with autism, or who has a

9       child with autism? What are you observations?

10

11  VOIR DIRE QUESTION NO. 21.   Do you have any fear of persons who are mentally

12      or developmentally disabled?

13

14  VOIR DIRE QUESTION NO. 22.   Some people think that even though the police

15      make mistakes and arrest the wrong person or use more force than necessary, that is

16      the price we have to pay for police protection. What's your opinion about that?

17

18  VOIR DIRE QUESTION NO. 23.   What problems do you have with the idea of an

19      ordinary citizen suing a former police officer because of actions he claims he took in

20      the line of duty?

21

22  VOIR DIRE QUESTION NO. 24.   This case involves a claim by the family of

23      Mohammad Usman Chaudhry that the defendant, a former police officer, wrongfully

24      shot and killed him.

25

26  a. First, is there anything about these facts and, in particular, the charges that the

27  defendant killed Mr. Chaudhry, which would prevent or make it difficult for you to be

28  a fair and impartial juror?

Page 5

b. Would you have any hesitancy in reaching a verdict for the Chaudhry family merely because this is a civil rights case against a former police officer and the City of Los Angeles?

VOIR DIRE QUESTION NO. 25.    How do you feel about Muslim Americans?

VOIR DIRE QUESTION NO. 26.    Should a person's religion ever be the basis, partially or entirely, for being stopped or searched by the police?

VOIR DIRE QUESTION NO. 27.    Are you nervous when you see someone in a head scarf, like Mrs. Chaudhry's?

VOIR DIRE QUESTION NO. 28.    We all, myself included, have preconceptions about other people. These preconceptions, or prejudices, are usually unconscious. But these stereotypes and feelings affect how you view the testimony, whom you believe, what facts you think are realistic. All we can ask is that each of you look at those possible prejudices and tell us what they may be. In your personal life what kind of contact do you have with people of religions other than your own?

VOIR DIRE QUESTION NO. 29.    Do you have any close friends who are Muslims?
• How many?
• What sorts of things do you do together?
• Do you visit in one another's homes?

VOIR DIRE QUESTION NO. 30.    Have you ever had any negative experiences with Muslim people?

VOIR DIRE QUESTION NO. 31.   What sorts of negative or derogatory comments about Muslim people have you heard over the years?
• How do you feel about those comments?
• Have you said some of those things yourself?

VOIR DIRE QUESTION NO. 32.   How much of a problem do you think religious discrimination against muslims is today?

VOIR DIRE QUESTION NO. 33.   In what ways, if any, do you think discrimination continues today?

VOIR DIRE QUESTION NO. 34.   Have you or someone you know ever been discriminated against because of race, ethnic background, gender, religion or sexual preference? Please explain.

VOIR DIRE QUESTION NO. 35.   Have you ever been in a situation in which you felt religious tension? Please explain.

VOIR DIRE QUESTION NO. 36.   Have you ever felt afraid of someone of a religion other than your own? Please explain.
//
//
//
//
//

PLAINTIFF'S VOIR DIRE QUESTIONS

1   VOIR DIRE QUESTION NO. 37.   Have you ever felt fearful for your safety or

2      concerned about your belongings when in the presence of people of another religion?

3      Please describe the situation.

4

5   DATE: December 29, 2010.                  ORANGE LAW OFFICES

6                                                           /S/

7                                       _____

8                                       Olu K. Orange, Esquire

9                                       Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28