# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01592-RGK (RZx) | Date | January 3, 2011 |
|---|---|---|---|
| Title | RUKHSANA CHAUDHRY, et al. v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Nichole Rhynard | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Donald Cook | Peter Ferguson |
| | Craig Miller |

**Proceedings:**   **PRETRIAL CONFERENCE**

    Court and counsel confer.  Court gives tentative rulings on motions in limine, final rulings shall be made on the first day of trial.  The Court orders additional briefing on defendant Cruz's motion in limine number 1.  Court orders a revised witness list to be filed not later than January 5, 2011.  Court and counsel confer re trial hours, jury impanelment, voir dire, notifying opposing counsel and the Court in advance of witnesses to be called, and bifurcation of trial.  Motions in limine filed by the County defendants (DE 170 through 180), are denied as moot.

    Jury Trial remains on calendar for January 11, 2011 at 9:00 a.m., however, the case may need to trail an on-going criminal trial.  The Court will contact counsel regarding calendar status on January 6, 2011.

    **IT IS SO ORDERED.**

|  | : | 33 |
|---|---|---|
| Initials of Preparer | slw | |