**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

  This action came on for jury trial, the Honorable _____ District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

  IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

_____

recover of the defendant(s):

_____

_____

_____

the sum of _____, with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

                  Clerk, U. S. District Court

Dated: _____    By _____
                   Deputy Clerk

At: _____

cc: *Counsel of record*

CV-49 (05/98)      **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**