Kenneth A. Maranga, Esq. (SBN 94116)
Ken.maranga@marmorlaw.com
Patricia E. Ellyatt, Esq. (SBN 112552)
pellyatt@marmorlaw.com
John F. Peterson, Esq. (SBN 169452)
John.peterson@marmorlaw.com
Carrie A. McQuaid, Esq. (SBN 254066)
cmcquaid@marmorlaw.com
Stephanie Charles, Esq. (SBN 106417)
scharles@marmorlaw.com
MARANGA • MORGENSTERN
A Professional Law Corporation
5850 Canoga Ave., Suite 600
Woodland Hills, CA 91367
(818) 587-9146 ■ Fax: (818) 587-9147

Attorneys for Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No.: CV 09-1592 RGK (RZx) <br> [Assigned to Honorable R. Gary Klausner] <br><br> [PROPOSED] JUDGMENT <br><br> Date: December 20, 2010 <br> Time: 9:00 a.m. <br> Courtroom 850: (Roybal) <br><br> [Filed concurrently with Notice of Motion and Motion for Summary Judgment; Notice of Lodging Separate Statement of Uncontroverted Facts; Declarations in Support thereof; Notice of Lodging [Proposed] Order] <br><br> Discovery Cutoff: 12/15/10 <br> PTC: 1/4/11 <br> Trial: 1/11/11 |

This action came on for hearing before this Court, on December 20, 2010, Honorable R. Gary Klausner, District Judge presiding, on a Motion for Summary Judgment/Adjudication and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, IT IS

- 1 -
Judgment

1  ORDERED AND ADJUDGED that the plaintiffs take nothing, the action be
2  dismissed on the merits as to defendants, COUNTY OF LOS ANGELES, LOS
3  ANGELES COUNTY CORONER DEPARTMENT, ANTHONY HERNANDEZ,
4  and LAKSHMANAN SATHYAVAGISWARAN and that defendants, COUNTY OF
5  LOS ANGELES, LOS ANGELES COUNTY CORONER DEPARTMENT,
6  ANTHONY HERNANDEZ, and LAKSHMANAN SATHYAVAGISWARAN
7  recover their costs in the amount of *to be determined by application to the Clerk of the Court.*

9  Dated: 02.02.11                                   United States District Judge