Peter J. Ferguson, SBN 108297
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300
(714) 953-1143 Fax
email: Peterferg@aol.com

Attorneys for Defendant Joseph Cruz

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHASANA CHAUDHRY, MOHAMMAD AFZAL CHAUDHY, USMA CHAUDHRY, MOHAMMAD UMAR CHAUDHRY, ESTATE OF MOHAMMAD USMAN CHAUDHRY, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF LOS ANGELES, et al., <br><br>Defendants. | Case No. CV 09-1592 RGK (RZx) <br><br>**AMENDED JUDGMENT** <br><br><br>**Honorable R. Gary Klausner** |

AFTER JURY VERDICT Defendants the City of Los Angeles and Joseph Cruz's brought Motions pursuant to Federal Rules of Civil Procedure, Rules 50 and 59. The Court ruled on the Motions on April 26, 2011, (Docket #430) and found that the evidence at trial did not support a finding of monetary damages to the Estate.

IT IS ORDERED, AND ADJUDGED that Plaintiffs:

THE ESTATE OF MOHAMMAD USMAN CHAUDHRY take nothing;

RUKHASANA CHAUDHRY take $350,000.00;

MOHAMMAD AFZAL CHAUDHY take $350,000.00 as recovery on the

---

Amended Judgment  No. CV 09 1592 RGK (RZx)

Defendants the City of Los Angeles and Joseph Cruz with interest thereon at the legal rate provided by the law, and its costs as determined by application to the Clerk of Court.

DATED: May 5, 2011

_____
Honorable R. Gary Klausner
United States District Court Judge