FILED

UNITED STATES COURT OF APPEALS

JUN 20 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RUKHSANA CHAUDHRY;
MOHAMMAD AFZAL CHAUDHRY;
USMA CHAUDHRY; MOHAMMAD
UMAR CHAUDHRY; ESTATE OF
MOHAMMAD USMAN CHAUDHRY;
ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA,

              Plaintiffs - Appellants,

    and

INTERFAITH COMMUNITIES UNITED
FOR JUSTICE AND PEACE,

              Plaintiff,

    v.

CITY OF LOS ANGELES; JOSEPH
CRUZ; DAVID ROMO; COUNTY OF
LOS ANGELES; LOS ANGELES
COUNTY CORONER DEPARTMENT;
ANTHONY HERNANDEZ;
LAKSHMANAN
SATHYAVAGISWARAN,

              Defendants - Appellees,

    and

LOS ANGELES POLICE
DEPARTMENT; WILLIAM BRATTON,

No. 11-55820

D.C. No. 2:09-cv-01592-RGK-RZ
Central District of California,
Los Angeles

ORDER



Defendants.

RUKHSANA CHAUDHRY;
MOHAMMAD AFZAL CHAUDHRY;
USMA CHAUDHRY; MOHAMMAD
UMAR CHAUDHRY; ESTATE OF
MOHAMMAD USMAN CHAUDHRY;
ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA,

        Plaintiffs - Appellees,

  and

INTERFAITH COMMUNITIES UNITED
FOR JUSTICE AND PEACE,

        Plaintiff,

  v.

CITY OF LOS ANGELES,

        Defendant - Appellant,

  and

JOSEPH CRUZ; DAVID ROMO;
COUNTY OF LOS ANGELES; LOS
ANGELES COUNTY CORONER
DEPARTMENT; ANTHONY
HERNANDEZ; LAKSHMANAN
SATHYAVAGISWARAN; LOS
ANGELES POLICE DEPARTMENT;
WILLIAM BRATTON,

        Defendants.

No. 11-55906

D.C. No. 2:09-cv-01592-RGK-RZ
Central District of California,
Los Angeles

RUKHSANA CHAUDHRY;
MOHAMMAD AFZAL CHAUDHRY;
USMA CHAUDHRY; MOHAMMAD
UMAR CHAUDHRY; ESTATE OF
MOHAMMAD USMAN CHAUDHRY;
ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA,

        Plaintiffs - Appellees,

  and

INTERFAITH COMMUNITIES UNITED
FOR JUSTICE AND PEACE,

        Plaintiff,

  v.

JOSEPH CRUZ,

        Defendant - Appellant,

  and

CITY OF LOS ANGELES; DAVID
ROMO; COUNTY OF LOS ANGELES;
LOS ANGELES COUNTY CORONER
DEPARTMENT; ANTHONY
HERNANDEZ; LAKSHMANAN
SATHYAVAGISWARAN; LOS
ANGELES POLICE DEPARTMENT;
WILLIAM BRATTON,

        Defendants.

No. 11-55907

D.C. No. 2:09-cv-01592-RGK-RZ
Central District of California,
Los Angeles

Before: W. FLETCHER, M. SMITH, and WATFORD, Circuit Judges.

Appellants-Appellees City of Los Angeles and David Romo's and

Appellant-Appellee Joseph Cruz's Petitions for Rehearing or, in the Alternative, to

Correct or Modify Opinion, filed June 2, 2014, are hereby DENIED.