**Olu K. Orange, Esq.**, SBN: 213653
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Tel: (213) 736-9900
Fax: (213) 406-1250
E-mail: oluorange@att.net

**Robert Mann**, CSB 48293
**Donald W. Cook**, CSB 116666
ATTORNEYS AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Tel: (213) 252-9444
Fax: (213) 252 0091
Email: manncook@earthlink.net

**Ameena M. Qazi,** SBN 250404
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Ave., Suite F
Anaheim, CA 92801
Tel: (714) 776-1847
Fax: (714) 776-8340
Email: aqazi@cair.com

**Richard Diaz**, SBN 285459
**Srividya S. Panchalam**, CSB# 265398
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa Ste. 1120
Los Angeles, CA 90017
Tel: (213) 736-t496
Fax (213) 736-1428
Email: richard.diaz@lls.edu
Email: sri.panchalam@lls.edu

**Robert N. Haferd**, SBN 272242
LAW OFFICE OF ROBERT N. HAFERD, ESQ.
920 U Street NW
Washington, DC 20001
Tel: (202) 750-1665
Fax: (202) 332-1365
E-mail: rhaferd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, MOHAMMAD AFZAL CHAUDHRY, USMA CHAUDHRY, MOHAMMAD UMAR CHAUDHRY, ESTATE OF MOHAMMAD USMAN CHAUDHRY<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.<br>Defendants. | Case No. CV 09-01592 (RGK) RZx<br><br>**PLAINTIFFS' REPLY REGARDING THE JURY'S $1,000,000 VERDICT FOR USMAN'S PRE-DEATH PAIN AND SUFFERING**<br><br>Date: 12/8/14<br>Time: 9:00 a.m.<br>Ctrm: 850 (Roybal)<br><br>Trial date: 2/3/15 |

TO THE HON. R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE:

Plaintiffs submit this Reply to "Defendant Joseph Cruz's Response to Plaintiffs' Memorandum re Decedent's Pain and Suffering Award" (doc. 502 filed November 17, 2014).

-1-

00100198.WPD

1 | DATED: November 24, 2014

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiffs

By _____
Donald W. Cook

00100198.WPD

## I. The Evidence Supports the Verdict.

Most of defendants' argument[1] has already been addressed by plaintiffs in their Opposition to Cruz' Motion to vacate or reduce the jury's $1,000,000 award (Doc 506, filed 11/17/14). Two additional points can be made.

The first is defendants' footnote 4 that it is "commonly known" that LAPD officers handcuff "downed" suspects even if they are believed to be deceased. While this may be "commonly known" in law enforcement and police misconduct legal defense circles, Plaintiffs disagree it is commonly known to the general public, or that there was any evidence submitted to the jury to that effectd. Because defendants did not present any such evidence, it cannot be a basis upon which the court may find that Usman died or was unconscious any sooner than provided for in the time line suggested by plaintiffs.

Second, defendants urge the Court consider the Coroner's testimony as that from an unimpeached, disinterested witness. While that description of the Coroner may be true, his testimony does not support defendants' argument nor discredit the jury's verdict. When the Coroner testified that the wounds were fatal, fatal meant that they would cause Usman's death at some point, not that they instantaneously caused Usman's death. Wang testimony 1/20/11, 35:14-20 (**Ex E** to Plaintiff's Brief re: Damages, Doc 500 filed 11/6/14, p. 47). When asked if the first bullet wound was fatal, Wang answered it caused severe injury and agreed that meant it would likely result in death. No time frame was given. Neither were any time frames given for bullets 2 and 3, the coroner stating only that those wounds were fatal. Wang testimony 1/20/11, 38:21-23, 40:15-16 (**Ex E** to Plaintiff Brief re: Damages, Doc 500, pp. 50 & 52).

---

[1] Plaintiffs refer to Defendants' Briefs, Documents 502 and 508, which appear to be identical.

Based on the evidence presented, it was reasonable for the jury to conclude Usman experienced pain and suffering for some period of time and hence, their verdict of $1,000,000 should stand.

DATED: November 24, 2014.

**ROBERT MANN**
**DONALD W. COOK**
Attorneys for Plaintiffs

By_____
Donald W. Cook