1  Olu K. Orange, Esq. SBN 213653
   ORANGE LAW OFFICES
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, California 90010
3  Tel: (213) 736-9900 / Fax: (213) 406-1250
   Email: oluorange@att.net
4
   DONALD W. COOK, SBN 116666
5  SAMANTHA KOERNER, SBN: 173372
   3435 Wilshire Blvd., Suite 2910
6  Los Angeles, CA  90010
   Tel: (213) 252-9444/ Fax: (213) 252-0091
7  Email: manncook@earthlink.net

8  Ameena M. Qazi SBN 250404    Richard Diaz, SBN 285459    Robert Haferd, SBN 272242
   COUNCIL ON AMERICAN-        DISABILITY RIGHTS           LAW OFFICE OF
9  ISLAMIC RELATIONS,          LEGAL CENTER                ROBERT N. HAFERD
   CALIFORNIA                  800 S. Figueroa St,         920 U Street, NW
10 2180 W. Crescent Ave.,      Ste 1120                    Washington, DC 20001
   Suite F                     Los Angeles, CA 90017       Tel: (202) 750-1665
11 Anaheim, California  92801  Tel: (213) 736-1496         Fax: (202) 332-1365
   Telephone: (714) 776-1847   Fax: (213) 736-1428         Email: rhaferd@gmail.com
12 Facsimile: (714) 776-8340   Email: richard.diaz@lls.edu
   Email: aqazi@cair.com
13

14 *Attorneys for the Plaintiffs*

15
16                    **UNITED STATES DISTRICT COURT**
17                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUKHSANA CHAUDHRY, ET AL., | Case No. CV09-1592 RGK (RZx) |
| Plaintiffs, | *Hon. R. Gary Klausner* |
| vs. | **PLAINTIFFS' NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANTS CITY OF LOS ANGELES AND JOSEPH CRUZ** |
| CITY OF LOS ANGELES, ET AL., | |
| Defendants. | |
| | Next date: 03/30/15<br>Time: 9:00 a.m.<br>Ctrm: Roybal 850 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE:** Pursuant to Local Rule 40-2 of the United States

1

1  District Court for the Central District of California, Plaintiffs hereby notify the Court
2  that in the above-captioned matter Plaintiffs, Defendant City of Los Angeles and
3  Defendant Joseph Cruz have executed a Stipulation for Settlement that resolves all
4  remaining disputes between them.

6  This Settlement is subject to final City of Los Angeles City Council approval, as well
7  as probate court approval. Therefore, to allow sufficient time for final approval of the
8  Settlement before trial, and in furtherance of the interests of judicial economy and
9  efficiency, it is requested that the Court continue all dates in this matter for 60 days.

11 DATED: March 13, 2015.

**ORANGE LAW OFFICES**
for Plaintiffs

/S/
By_____
**Olu K. Orange, Esq.**