Olu K. Orange, Esq. SBN 213653
ORANGE LAW OFFICES
3435 Wilshire Blvd., Suite 2910
Los Angeles, California 90010
Tel: (213) 736-9900 / Fax: (213) 406-1250
Email: oluorange@att.net

DONALD W. COOK, SBN 116666
SAMANTHA KOERNER, SBN: 173372
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Tel: (213) 252-9444/ Fax: (213) 252-0091
Email: manncook@earthlink.net

Fatima Dadabhoy
SBN 250404
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
2180 W. Crescent Ave., Suite F
Anaheim, California 92801
Telephone: (714) 776-1177
Facsimile: (714) 776-0547
Email: fdadabhoy@cair.com

Maronel Barajas
SBN 242044
DISABILITY RIGHTS LEGAL CENTER
800 S. Figueroa St, Ste 1120
Los Angeles, CA 90017
Tel: (213) 736-1195
Fax: (213) 736-1428
maronel.barajas@lls.edu

Robert Haferd, SBN 272242
LAW OFFICE OF ROBERT N. HAFERD
920 U Street, NW
Washington, DC 20001
Tel: (202) 750-1665
Fax: (202) 332-1365
Email: rhaferd@gmail.com

*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUKHSANA CHAUDHRY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> Defendants. | Case No. CV09-1592 RGK (RZx) <br><br> *Hon. R. Gary Klausner* <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE, PER FRCP 41(a)** <br><br> Hearing date: N/A -- Time: N/A <br> Ctrm: Roybal 850 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that PLAINTIFFS to the within action, along with

1

DEFENDANTS City of Los Angeles and Joseph Cruz (hereafter collectively "Defendants"), together comprising all remaining parties to the litigation, hereby stipulate to the following:

1. WHEREAS, PLAINTIFFS to the within action, along with DEFENDANTS City of Los Angeles and Joseph Cruz (hereafter collectively "Defendants"), together comprising all remaining parties to the litigation, have reached an agreement to settle all claims, with each party to bear its own costs and fees, and dismiss with prejudice this entire action in the trial and appellate courts; and

2. THEREFORE, Plaintiffs and Defendants hereby stipulate and agree that, with permission of the Court, this entire action shall be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

Dated: August 25, 2015

**ORANGE LAW OFFICES**

        /s/ - Olu K. Orange, Esq.
By _____
Olu K. Orange, Esq. for Plaintiffs

Dated: August 27, 2015

**FERGUSON, PRAET & SHERMAN**

        /s/ - Peter Ferguson, Esq.
By _____
Peter Ferguson, Esq. for Joseph Cruz

Dated: August 25, 2015

**LOS ANGELES CITY ATTORNEY'S OFFICE**

        /s/ - Craig Miller, Esq.
By _____
Craig Miller, Esq. for City of Los Angeles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>Defendants. | Case No. CV09-1592 RGK (RZx)<br><br>*Hon. R. Gary Klausner*<br><br>**PROPOSED ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE, PER FRCP 41(a)**<br><br>Hearing date: N/A<br>Time: N/A<br>Ctrm: Roybal 850 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court having reviewed the parties' stipulation, considered the papers and record in this case, and finding that good cause exists, hereby orders as follows:

WHEREAS, PLAINTIFFS to the within action, along with DEFENDANTS City of Los Angeles and Joseph Cruz (hereafter collectively "Defendants"), together comprising all remaining parties to the litigation, have reached an agreement to settle

1  all claims, with each party to bear its own costs and fees, and dismiss with prejudice
2  this entire action in the trial and appellate courts; and

4  THEREFORE, IT IS HEREBY ORDERED: This entire action is dismissed with
5  prejudice, each party to bear its own costs and fees.

7  **IT IS SO ORDERED**.                              **HON. R. GARY KLAUSNER**

9  Dated: _____       _____
10                                                    **U.S. DISTRICT COURT JUDGE**