*JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUKHSANA CHAUDHRY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> Defendants. | Case No. CV09-1592 RGK (RZx) <br><br> *Hon. R. Gary Klausner* <br><br> **ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE, PER FRCP 41(a)** <br><br> Hearing date: N/A <br> Time: N/A <br> Ctrm: Roybal 850 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court having reviewed the parties' stipulation, considered the papers and record in this case, and finding that good cause exists, hereby orders as follows:

WHEREAS, PLAINTIFFS to the within action, along with DEFENDANTS City of Los Angeles and Joseph Cruz (hereafter collectively "Defendants"), together

1  comprising all remaining parties to the litigation, have reached an agreement to settle
2  all claims, with each party to bear its own costs and fees, and dismiss with prejudice
3  this entire action in the trial and appellate courts; and
4
5  THEREFORE, IT IS HEREBY ORDERED: This entire action is dismissed with
6  prejudice, each party to bear its own costs and fees.
7
8  **IT IS SO ORDERED**.                              **HON. R. GARY KLAUSNER**
9
10 Dated: __9/2/15_____          _____
11                                                            **U.S. DISTRICT COURT JUDGE**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28